**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JIMMY HANEY,** *et al.*                                                                              **PLAINTIFFS**

**V.**                                             **3:24-CV-00027 BRW**

**VALLEY VIEW AGRI LLC**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with today's Order (Doc. No. 39), Plaintiffs' claims are dismissed.

The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of May, 2024.


                                                            BILLY ROY WILSON
                                                    UNITED STATES DISTRICT JUDGE